EMMA M. HASKINS, as Administratrix, etc., Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued January 25, 1895; decided March 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 20, 1894, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit, and also affirmed an order denying a motion for a new trial.

*John Gillette* for appellant.

*J. W. Dunwell* for respondent.

Agree to affirm; no opinion.
All concur, except BARTLETT, J., dissenting, and FINCH and HAIGHT, JJ., not sitting.
Judgment affirmed.